**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00263-CR**
_____

**D'ANDRE JAMAL EDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 19-31885**

**MEMORANDUM OPINION**

On July 12, 2019, the trial court sentenced D'Andre Jamal Edison on a conviction for burglary of a habitation. Edison filed a notice of appeal on August 5, 2019. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On August 8, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 10, 2019
Opinion Delivered September 11, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.